|   |   |
|---|---|
| 1<br>2<br>3<br>4 | McGREGOR W. SCOTT<br>United States Attorney<br>S. ROBERT TICE-RASKIN<br>Assistant U. S Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2738 | FILED<br><br>DEC 20 2007<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07-CR-0573 LKK

| UNITED STATES OF AMERICA, | ) CR No. |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
|  | ) (UNDER SEAL) |
| v. | ) |
| GARRETT SMITH, and<br>UNKNOWN CONSPIRATOR,<br> aka Turtle Man, | ) |
| Defendants. | ) |

The Court hereby orders that the Indictment, the Arrest Warrant for defendant Smith, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until defendant is arrested.

DATED: 12-20-2007

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1