**FILED**

DEC 20 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    V.<br><br>SEALED,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

2:07-CR-0573 LKK

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until the arrest of the lead defendant in this case.

DATED: 12-20-2007

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

**(Sealing Order Until Arrest)**

1