FILED
January 9, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>       Plaintiff,   )<br>v.   )<br>   )<br>GARRETT SMITH,   )<br>   )<br>       Defendant.   ) | Case No. 2:07CR00573-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __GARRETT SMITH__ , Case No. 2:07CR00573-LKK , Charge __18USC § 371, 545, 16USC § 3372(d)(1), 3373(d)(3)(A)(i)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __   Release on Personal Recognizance

    __  __   Bail Posted in the Sum of $_____

        __  __   Unsecured Appearance Bond

        __  __   Appearance Bond with 10% Deposit

        __  __   Appearance Bond with Surety

        __  __   Corporate Surety Bail Bond

    __ ✔ __   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 9, 2008__ at __2:00 pm__ .

                        By   /s/ Gregory G. Hollows
                                 Gregory G. Hollows
                                 United States Magistrate Judge

Copy 5 - Court