DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
GARRETT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S 07-00573 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| GARRETT SMITH, | ) | |
| | ) | Date: June 3, 2008 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robert Tice-Raskin, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 3, 2008 be vacated, and the matter be set for status conference on July 22, 2008 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 22,2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


DATED:   June 2, 2008.                  /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED:   June 2, 2008.                  /s/Linda C. Harter for
                                        ROBERT TICE-RASKIN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 22, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 2, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT