DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARRETT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-573 LKK |
| | ) |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| | ) |
| GARRETT SMITH, | ) |
| | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| _____ | ) |

   This matter came before the Court for Status Conference on July 22, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Michelle Rodriguez.  Defendant Garrett Smith was present, and his counsel, Chief Assistant Federal Defender Linda C. Harter.

   Defense counsel requested that the matter be set for further status conference on August 19, 2008 at 9:30 a.m.

   The parties agreed on the need for additional time to allow time for defense preparation.

1    IT IS HEREBY ORDERED that this matter be set for further Status
2 Conference on August 19, 2008 at 9:30 a.m..
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
4 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
5 from July 22, 2008 to and including August 19, 2008 is excluded from
6 the time computations required by the Speedy Trial Act due to ongoing
7 preparation of counsel.
8 DATED: July 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT