```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARRETT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-573-LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| GARRETT SMITH, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on August 19, 2008 in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. The government was represented by its counsel, Assistant United States Attorney, Daniel McConkie, appearing on behalf of Robert Tice-Raskin. Defendant, Garrett Smith, who was not present with a waiver of personal appearance on file, was represented by his counsel, Assistant Federal Defender, Lauren Cusick, appearing on behalf of Linda C. Harter.

Defense counsel requested that the matter be set for further status conference on September 9, 2008 at 9:30 a.m.

The parties agreed on the need for additional time to allow time

1 | for defense preparation.
2 |     IT IS HEREBY ORDERED that this matter be set for further Status
3 | Conference on September 9, 2008 at 9:30 a.m.
4 |     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5 | (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6 | from August 19, 2008 to and including September 9, 2008 is excluded
7 | from the time computations required by the Speedy Trial Act due to
8 | ongoing preparation of counsel.
9 |
10 | DATED: August 28, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT