DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
GARRETT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  NO. CR-S-07-00573-LKK
                                    )
            Plaintiff,              )
                                    )  **STIPULATION AND ORDER**
    v.                              )  **CONTINUING STATUS CONFERENCE**
                                    )  **AND EXCLUDING TIME**
GARRETT SMITH,                      )
                                    )  Date: November 17, 2008
            Defendant.              )  Time: 1:30 p.m.
_____)  Judge: Hon. Lawrence K. Karlton

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robert Tice-Raskin, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 17, 2008 be vacated, and the matter be set for status conference on December 8, 2008 at 1:30 p.m.

   The parties have been exploring possible resolutions of the case but seek additional time to consider settlement options.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 8, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based

1  upon continuity of counsel and defense preparation.

2  Dated:   November 14, 2008

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
   Federal Public Defender

5

6                                          /s/ Linda C. Harter
   LINDA C. HARTER
7                                          Chief Assistant Federal Defender
   Attorney for Defendant
8                                          GARRETT SMITH

9

10 Dated:   November 14, 2008               McGREGOR W. SCOTT
                                            United States Attorney

11

12                                          _____
                                            Linda C. Harter for
                                            ROBERT TICE-RASKIN
13                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
14                                          per telephonic authorization of
                                            BEN WAGNER

15

16                              **O R D E R**

17      **IT IS SO ORDERED.**  Time is excluded from today's date through and

18 including December 8, 2008 in the interest of justice pursuant to 18

19 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code

20 T4.

21 DATED: November 14, 2008

22

23                                          _____
                                            LAWRENCE K. KARLTON
24                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

25

26

27

28

Stip and Order/Garrett Smith                2