```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARRETT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-573-LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| GARRETT SMITH, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on January 6, 2009 in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. The government was represented by its counsel, Assistant United States Attorney Matthew Segal, appearing on behalf of Robert Tice-Raskin. Defendant, Garrett Smith, who was not present with a waiver of personal appearance on file, was represented by his counsel, Chief Assistant Federal Defender, Linda Harter.

Defense counsel requested that the matter be set for further status conference/change of plea on January 21, 2009 at 9:15 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

IT IS HEREBY ORDERED that this matter be set for further Status Conference/Change of Plea on January 21, 2009 at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from January 6, 2009 to and including January 21, 2009 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: January 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT