```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARRETT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-573-LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| GARRETT SMITH, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference/Change of Plea on January 21, 2009 in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. The government was represented by its counsel, Assistant United States Attorney Robert Tice-Raskin. Defendant, Garrett Smith, represented by his counsel Chief Assistant Federal Defender Linda Harter, was not present due to a misunderstanding in regard to the necessity of his personal appearance, but, later contacted his attorney and pretrial services.

Accordingly, Defense counsel requested that the matter be rescheduled for Change of Plea on January 27, 2009 at 9:15 a.m.

The parties agreed on the need for additional time to allow time

1  for defense preparation.
2          IT IS HEREBY ORDERED that this matter be set for Change of Plea
3  on January 27, 2009 at 9:15 a.m.
4          IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6  from January 21, 2009 to and including January 27, 2009 is excluded
7  from the time computations required by the Speedy Trial Act due to
8  ongoing preparation of counsel.
9  DATED: January 23, 2009

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT