```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GARRETT SMITH
7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S-07-573-LKK
                                   )
12              Plaintiff,         )
                                   ) ORDER AFTER HEARING
13       v.                        )
                                   )
14  GARRETT SMITH,                 )
                                   )
15              Defendant.         ) Judge: Hon. Lawrence K. Karlton
                                   )
16  _____)

17

18       This matter came before the Court for Status Conference/Change of
19  Plea on January 27, 2009 in the courtroom of the Honorable Lawrence K.
20  Karlton, United States District Court Judge.  The government was
21  represented by its counsel, Assistant United States Attorney Robert
22  Tice-Raskin.  Defendant, Garrett Smith, was present and represented by
23  his counsel, Chief Assistant Federal Defender Linda Harter.
24       Defense counsel requested that the matter be rescheduled for
25  Change of Plea on February 10, 2009 at 9:15 a.m.
26       The parties agreed on the need for additional time to allow time
27  for defense preparation.
28           IT IS HEREBY ORDERED that this matter be set for Change of Plea

1  on February 10, 2009 at 9:15 a.m.

2         IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
3  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
4  from January 27, 2009 to and including February 10, 2009 is excluded
5  from the time computations required by the Speedy Trial Act due to
6  ongoing preparation of counsel.
7  DATED: February 2, 2009

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```